UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | |
|---|---|
| DONNA BRAUN o/b/o ) | Civil Action No. 5:14-65-BHH |
| LEISA BRAUN ) | |
| ) | |
| Plaintiff ) | |
| v. ) | |
| ) | |
| CAROLYN W. COLVIN, ) | |
| Acting Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |

## **ORDER**

Upon consideration of the joint Stipulation for Attorney Fees, it is hereby,

ORDERED that Plaintiff, Donna Braun, is awarded attorney fees under the EAJA in the amount of Four Thousand dollars and Zero cents ($4,000.00). These attorney fees will be paid directly to Plaintiff, Donna Braun, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the awarded attorney fees will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government. If such a debt(s) exists, the Government will reduce the awarded attorney fees in this Order to the extent necessary to satisfy such debt(s).

IT IS SO ORDERED.

/s/Bruce Howe Hendricks
United States District Judge

June 12, 2015
Greenville, South Carolina